Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for
Model Search International, LLC,
Model Network, Inc.
and Richard Troost

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARBALL CORPORATION, a Nevada corporation, doing business as BALLY'S LAS VEGAS, ) ) ) ) | Case No. |
| Plaintiff, ) ) ) | **DEFENDANTS' PETITION FOR REMOVAL UNDER 28 U.S.C. 1441(b)** |
| v. ) ) ) | |
| MODEL SEARCH INTERNATIONAL, LLC, ) a Florida limited liability company, doing ) business as MODEL SEARCH AMERICA, ) MODEL NETWORK, INC., a corporation, ) doing business as MODEL SEARCH ) AMERICA, RICHARD TROOST also known ) as RICK TROOST, an individual, ) DOES I through XX, and ) ROE CORPORATIONS I through XX, ) ) | |
| Defendants. ) | |

TO THE CLERK OF THE ABOVE-NAMED COURT; AND,

TO ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendants Model Search International, LLC, Model

Network, Inc. and Richard Troost (collectively, "defendants") hereby remove the State Court action described below to the United States District Court for the District of Nevada and allege as follow:

1.    On or about January 22, 2010, plaintiffs commenced an action in the Eighth Judicial District Court, Clark County, Nevada under Case Number A-10-608672-C (the "State Court").

2.    As is more fully set forth below, this action is properly removed to this Court pursuant to 28 U.S.C. §1441(b) because defendants have satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1).

3.    Defendants were served with a copy of the summons and complaint on April 19, 2010. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b). Pursuant to 28 U.S.C. §1446(a), a copy of the summons and complaint, and any orders served upon defendants in the State Court action are annexed hereto as **Exhibit "A."**

4.    Plaintiff alleges that it is organized and existing under the laws of the State of Nevada (Complaint, ¶1). Upon information and belief, plaintiff is domiciled in Nevada and is therefore a citizen of Nevada for purposes of diversity of citizenship.

5.    Defendant Model Search International, LLC is a limited liability company organized and existing under the laws of the State of Florida. None of its members are citizens of the State of Nevada for purposes of diversity of citizenship. Therefore, plaintiff and Model Search International, LLC are diverse for purposes of diversity of citizenship. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894 (9th Cir. 2006).

6.    Defendant Model Network, Inc. is a corporation organized and existing under the laws of the State of Florida with its principal place of business located at 7975 Biscayne Point Circle,

2

SMITH LARSEN & WIXOM

ATTORNEYS

HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

1  Miami Beach, Florida. Model Network, Inc. is a citizen of Florida for purposes of diversity of

2  citizenship. 28 U.S.C. 1332(c)(1).

3      7.      Defendant Richard Troost is a resident of the State of New Jersey, County of

4

5  Burlington.

6      8.      Based upon the foregoing, there is complete diversity of citizenship between plaintiff

7  and the defendants.

8      9.      The complaint alleges at paragraph 14 that defendants failed to pay plaintiff the

9

10 amount of $427,726.57 for services rendered. Accordingly, the amount in controversy exceeds

11 $75,000 and the amount in controversy requirement for purposes of diversity jurisdiction is satisfied.

12 28 U.S.C. §1332(a).

13     10.     The Eighth Judicial District Court, Clark County, Nevada is located within the

14 District of Nevada. Therefore, venue is proper pursuant to 28 U.S.C. §108 because it is the "district

15 and division embracing the place where such action is pending." 28 U.S.C. §1441(a).

16     11.     Pursuant to 28 U.S.C. §1446(d), a copy of this Petition for Removal is being: a)

17 served upon plaintiff's counsel and b) filed with the Clerk of the State Court.

18

19

20

21  \      \      \

22

23

24

25  \      \      \

26

27                                         3

28

12.     This Petition for Removal is submitted to the United States District Court for the District of Nevada subject to the Federal Rules of Civil Procedure, and is signed pursuant to Fed.R.Civ.P. 11.

WHEREFORE, defendants pray that this action be removed to the United States District Court for the District of Nevada.

Respectfully submitted this _10_ day of May, 2010.

SMITH LARSEN & WIXOM

Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
Model Search International, LLC,
Model Network, Inc. and Richard Troost

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendants' Petition for Removal Under 28 U.S.C. 1441(b) , was mailed, postage prepaid, on this 10 day of May, 2010 to the following:

> David C. Nelson
> LAW OFFICES OF DAVID C. NELSON
> 228 South Fourth Street, Second Floor
> Las Vegas, Nevada 89101
> Attorneys for Plaintiff

An Employee of Smith Larsen & Wixom

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1985 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

5