# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PARBALL CORPORATION,

      Plaintiff,    Case No. 2:10-cv-00675-RLH-PAL

vs.             **ORDER**

MODEL SEARCH INTERNATIONAL, *et al.*,

      Defendants.

   Before the court is Plaintiff's Motion to Extend Discovery Plan (Second Request) (Dkt. #34). Counsel for Defendants filed a letter (Dkt. #35) indicating the Defendants did not oppose the request.

   On November 16, 2010, the district judge entered a Minute Order (Dkt. #30) setting this case for trial July 11, 2011, and referring the matter to the undersigned upon the close of discovery, which is currently January 4, 2011, for the scheduling of a settlement conference.  The district judge's minute order required that the dates for the trial and calendar call be included in the Joint Pretrial Order, and that "any request for continuances of discovery or dispositive motions shall also include a concurrent request for a continuation of the trial date and supply available dates."  Plaintiff's motion did not contain a concurrent request for a continuation of the trial date, and states that Plaintiff does not believe a continuance of the discovery necessitates a continuation of the trial date.  However, if the court grants the request to extend the Discovery Plan and Scheduling Order deadlines, dispositive motions will not be due until April 4, 2011, and will not be fully briefed until May 2011.

   Additionally, the district judge's minute order indicates he has an unusually large number of complex criminal cases set for lengthy trials.  Under these circumstances, the court will grant the Plaintiff's motion to extend the Discovery Plan and Scheduling Order deadlines, but will also vacate the trial date and require the parties to provide available alternative dates after July 11, 2011 as required in

the district judge's minute order which requires that any request for continuances "**shall also include a concurrent request for continuation of the trial date and supply available dates.**"

**IT IS ORDERED:**

1. Plaintiff's Motion to Extend Discovery Plan (Dkt. #34) is **GRANTED**, and the Discovery Plan and Scheduling Order deadlines are extended as follows:

   a. Last date to complete discovery: **March 4, 2011.**
   
   b. Last date to amend pleadings and add parties: **December 5, 2010.**
   
   c. Last date to file interim status report: **January 3, 2011.**
   
   d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **January 3, 2011.**
   
   e. Last date to disclose rebuttal experts: **February 2, 2011.**
   
   f. Last date to file dispositive motions: **April 3, 2011.**
   
   g. Last date to file joint pretrial order: **May 3, 2011.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., February 12, 2011,** and shall fully comply with the requirements of LR 26-4.

4. The bench trial set for July 11, 2011 at 8:30 a.m. in Courtroom 6C and July 6, 2011 Calendar Call are **VACATED**.

///

///

///

///

5. The parties shall have until **December 15, 2010** in which to provide alternative dates for trial.

Dated this 30th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge