```
1  VERNON A. NELSON, JR., ESQUIRE
   Nevada Bar No. 6434
2  COOPER LEVENSON APRIL
     NIEDELMAN & WAGENHEIM, P.A.
3  6060 Elton Avenue, Suite A
4  Las Vegas, NV  89107-0126
   Telephone:  (702) 366-1125
5  Facsimile:  (702) 366-1857
   E-mail: vnelson@cooperlevenson.com
6  Attorney for Plaintiff
7  Parball Corporation d/b/a Bally's Las Vegas
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARBALL CORPORATION, a Nevada corporation, doing business as BALLY'S LAS VEGAS,<br><br>Plaintiff,<br><br>vs.<br><br>MODEL SEARCH INTERNATIONAL, LLC, a Florida limited liability company, doing business as MODEL SEARCH AMERICA, MODEL NETWORK, INC., a corporation, doing business as MODEL SEARCH AMERICA, RICHARD TROOST also known as RICK TROOST, an individual, DOES I through XX, and ROE CORPORATIONS I through XX,<br><br>Defendant(s). | Case No: 2:10-cv-00675-RLH-PAL<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL PARTIES WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, PARBALL CORPORATION doing business as BALLY'S LAS VEGAS ("*Plaintiff*"), and Defendants, MODEL SEARCH INTERNATIONAL, LLC, MODEL NETWORK, INC., and RICHARD TROOST also known as RICK TROOST (collectively, "*Defendants*"), by and through their respective counsel, that all claims against all parties in the above action should be dismissed, without

prejudice, with each party bearing its own costs and expenses.

DATED this 8th day of March 2011

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

By: /s/
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
6060 Elton Avenue, Suite A
Las Vegas, NV 89107-0126
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
E-mail: vnelson@cooperlevenson.com
*Attorneys for Plaintiff
Parball Corporation d/b/a Bally's Las Vegas*

DATED this 8th day of March 2011

SMITH LARSEN & WIXOM

By: /s/
Kent F. Larsen, Esq.
Nevada Bar No.: 003463
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
E-mail: kfl@slwlaw.com

DATED this ___ day of March 2011

MOSS & KALISH, PLLC

By: /s/
Mark L. Kalish, Esq.
*[Admitted PHV]*
David B. Gelfarb, Esq.
*[Admitted PHV]*
122 E. 42nd Street, Ste. 2100
New York, New York 10168
Telephone: (212) 867-4488
Facsimile: (212) 983-5276
E-mail: kalish@mosskalish.com
E-mail: gelfarb@mosskalish.com
*Attorneys for Defendants
Model Search International, LLC,
Model Network, Inc., and
Richard Troost a/k/a Rick Troost*

**IT IS SO ORDERED.**

/s/ Roger L. Hunt
**CHIEF UNITED STATES DISTRICT JUDGE
DATED: March 10, 2011**